USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2024

# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue<br>Suite 1821<br>New York, NY 10017<br>Tel. No. 212.679.5000<br>Fax No. 212.679.5005 | 910 Franklin Avenue<br>Suite 200<br>Garden City, NY 11530<br>Tel. No. 516.248.5550<br>Fax No. 516.248.6027 |

February 8, 2024

*Via ECF*
The Honorable Valerie Caproni
United States District Judge for the
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007



**MEMO ENDORSED**

Re:   <u>Shairy v. Krab Queenz of Harlem LLC et al, 1:23-cv-09034-VEC</u>

Dear Judge Caproni:

As Your Honor may know, we represent Plaintiff Faraz Shairy ("Plaintiff") in the above referenced action against Defendants Krab Queens of Harlem, LLC, doing business as Krab Queenz ("Krab Queenz"), and Tonique Clay, individually.

We write in response to Your Honor's February 1, 2024 Order to Show Cause ("Order") as to (1) why default judgment should not be entered against Krab Queenz, in accordance with Attachment A of this Court's Individual Practices; and (2) why Plaintiff's claims against Tonique Clay should not be dismissed without prejudice for failure to serve or for failure to prosecute.

As to the first aspect of Your Honor's Order, rather than showing cause why a default judgment should not be entered against Defendant Krab Queenz, we respectfully request that the action against Krab Queenz be dismissed without prejudice. This request for dismissal is not pursuant to any settlement or exchange of any consideration between the parties. In fact, the parties have had no contact whatsoever. Krab Queenz is no longer operating as indicated by the attached exhibit which is the corporation's current status with the New York State Division of Corporations indicating that the corporation is "suspended" and the process server addressee at the New York Secretary of State has "resigned." As such, it is not in the best interests of the Plaintiff to pursue

a default judgment against a currently defunct corporation.  As per the attached exhibit, Krab Queenz's current google listing also indicates that the restaurant is "permanently closed."

As to the second aspect of Your Honor's Order, the Plaintiff has diligently attempted to serve Ms. Clay on multiple occasions and has spent a considerable amount of money doing so. Plaintiff attempted service in New York, Louisiana and Texas, at places of her former employment, incorporation and suspected home address but proper service has not been able to have been effectuated.  It would require an additional monetary investment for Plaintiff to locate the individual defendant.  However, seeing the corporation is closed, service has been impossible, individual liability is not certain in this case and the assets of the individual defendant are unknown, it is not in the best interest of our client to pursue this matter at this time.  This request for dismissal is not pursuant to any settlement or exchange of any consideration between the parties.  In fact, the parties have had no contact whatsoever.

We trust this is responsive to the Court's Order, thank the Court for its time and attention to this matter and can make ourselves available should the Court need any further information or have any further inquiry.

Respectfully submitted,

_____
Michael J. Borrelli, Esq. (MB 8533)
*For the Firm*

Application GRANTED.  The complaint is dismissed in full without prejudice. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

2/9/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE